THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 Church St.
New York, NY 10007



JOYCE CAMPBELL PRIVETERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

**MEMO ENDORSED**

January 31, 2008

**Via Facsimile (212) 805-6382**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 905
New York, New York 10007

Re:    Philemon Nicholson v. City et al.
       07 CV 6345 (VM)

Your Honor:

I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of this action on behalf of the City of New York[1].

An initial pre-trial conference is scheduled for Friday, February 8, 2008 at 2:15 p.m. I respectfully write to request an adjournment of the conference as I am already scheduled to appear in the Eastern District before the Honorable Steven M. Gold at the same time.

After conferring with plaintiff's counsel, Victor M. Brown, who consents to this request, it is respectfully requested that the matter be adjourned to March 14, 2008 at 2:30 p.m., or a date

---

[1] Plaintiff has filed the above-referenced complaint, wherein he alleges, *inter alia,* that on July 11, 2006, he was falsely arrested and detained by New York City police officers. Plaintiff further asserts a claim for malicious prosecution.

thereafter, to facilitate the exchange of information that may assist in the settlement of this matter, thus obviating the need to appear before Your Honor.

This is defendants' first request for an adjournment of the initial pre-trial conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

Joyce Campbell Priveterre (JCP 1846)
Assistant Corporation Counsel

cc:    **Via Facsimile (718) 625-5536**

Victor M. Brown, Esq.
Attorney At Law
11 Park Place, Suite 600
New York, NY 10007
(917)- 449-9568
(212) 227-7373

Request GRANTED. The initial
conference herein is rescheduled to 2-14-08
at 5:00 p.m.

SO ORDERED.

1-31-08

DATE                    VICTOR MARRERO, U.S.D.J.