# VICTOR M. BROWN
### ATTORNEY AT LAW
11 PARK PLACE, SUITE 600
NEW YORK, NY 10007
(212) 227-7373
FAX: (212) 227-2330

March 14, 2008

The Honorable Victor Marrerro
United States District Judge
Southern District of New York
500 Pearl Street, Room 905
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-08
```

Re: Philemon v. City of New York, et al
07CV 6345

Dear Judge Marrerro,

    Please be advised that I will be unable to attend the conference which has been rescheduled for 4:30 p.m. It is my understanding that the Court is able to accommodate new date of March 20, 2008 at 3:45 p.m. for the initial conference. This date and time convenient for both the undersigned and counsel for the City. I thank you, and remain

Sincerely Yours,

Dated: March 14, 2008
New York, NY

VICTOR M. BROWN
Attorney for Plaintiff

cc: Corporation Counsel
by: Joyce Campbell Priviterre
100 Church Street
New York, NY 10007
(212) 788-9776

```
Request GRANTED. The next Status
conference herein is rescheduled to 3-28-08
at 10:30 A.M.

SO ORDERED.

3-18-08
DATE        VICTOR MARRERO, U.S.D.J.
```