UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
PHILEMON NICHOLSON,                    :
                                       :    07 Civ 6345
                    Plaintiff,         :
                                       :
        - against -                    :    **NOTICE OF CONFERENCE**
                                       :
CITY OF NEW YORK,                      :
                                       :
                    Defendant.         :
---------------------------------------X

**VICTOR MARRERO, United States District Judge.**

All parties are advised that the conference before Judge Marrero, which was previously scheduled for October 3, 2008 at 10:15 a.m., has been rescheduled for October 24, 2008 at 3:15 p.m.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
          3 September 2008

_____
Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08